JAMES H. VERNON          SBN 41163
KATHERINE VERNON RYAN    SBN 193324
LAW OFFICES OF JAMES H. VERNON
3223 Crow Canyon Rd., Suite 260
San Ramon, California 94583
Telephone: (925) 806-0673
Email: jvernonn@mindspring.com

ATTORNEY FOR: United Home Loan Co., Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samuel Love,<br>    Plaintiff,<br><br>v.<br><br>United Home Loan Co., a California Corporation,<br>And Does 1-10,<br>    Defendants. | Case No.: 4-19-cv-01675-HSG<br><br>**ORDER ON STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT** |

The stipulation of Plaintiff Samuel Love and Defendant United Home Loan Co., Inc., by and through their attorneys of record having been considered, the Clerk's Entry of Default against United Home Loan, Inc. is hereby set aside.

Defendant United Home Loan, Inc. shall have ten days after the date of this order to file an answer to the complaint.

DATED: 7/19/2019

*Haywood S. Gilliam Jr.*
United States District Court Judge

1

ORDER ON STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT     Case No. 4-19-cv-01675-HSG