UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**United Home Loan Co.,** a California Corporation; and Does 1-10,<br><br>　　　　Defendant. | Case: No.: 4:19-CV-01675-HSG<br><br>**ORDER GRANTING JOINT STIPULATION** |

　　GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT: The parties are relieved from their obligation to conduct the joint site inspection under General Order No. 56.

IT IS SO ORDERED.

Dated: 8/20/2019

　　　　　　　　　　　　　　　　*Haywood S. Gilliam Jr.*
　　　　　　　　　　　　　　　　HONORABLE HAYWOOD S GILLIAM, JR.
　　　　　　　　　　　　　　　　UNITED STATES DISTRICTJUDGE